```
            UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVE STEWART, LAMONT BULLOCK,   :   CIVIL NO. 3:07-CV-01916
NATHAN RILEY and                 :
DERRICK MUCHINSON,               :   (Judge Caputo)
                                 :
          Plaintiffs             :   (Magistrate Judge Smyser)
                                 :
     v.                          :
                                 :
JEFFREY BEARD, JOHN PALAKOVICH,  :
JAMES FOUSE and WILLIAM FELTON,  :
                                 :
          Defendants             :
```

### REPORT AND RECOMMENDATION

The plaintiffs, four prisoners proceeding *pro se*, commenced this 42 U.S.C. § 1983 action by filing a complaint. The plaintiffs claim that the defendants are violating the Eighth Amendment by keeping lights on in the Restricted Housing Unit of the State Correctional Institution at Smithfield twenty-four hours a day.

The plaintiffs did not pay the filing fee to commence this action and they did not file proper applications to proceed *in forma pauperis.* By an administrative order issued by the Clerk of Court on October 25, 2007, the plaintiffs were

ordered to either pay the filing fee or file proper *in forma pauperis* applications and authorization forms to have funds deducted from their prison accounts to pay the filing fee.

Plaintiffs Stewart, Bullock and Riley have filed proper *in forma pauperis* applications and authorization forms to have funds deducted from their prison accounts to pay the filing fee. Plaintiff Muchinson, on the other hand, has not filed an application to proceed *in forma pauperis* or an authorization form to have funds deducted from his prison account to pay the filing fee.

Since plaintiff Muchinson has not filed the proper *in forma pauperis* forms, it is recommended that he be dismissed from this action. It is further recommended that the case be remanded to the undersigned for further proceedings.

                                              ***/s/ J. Andrew Smyser***
                                              J. Andrew Smyser
                                              Magistrate Judge

Dated: December 10, 2007.