IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| STEVE STEWART, et al., | |
|---|---|
| Plaintiffs, | No. 3:07-cv-1916 |
| v. | (JUDGE CAPUTO) |
| JEFFREY BEARD, et al., | (MAGISTRATE JUDGE SMYSER) |
| Defendants. | |

## ORDER

**NOW** this 2nd day of July, 2009, upon review of Magistrate Judge Smyser's Report and Recommendation (Doc. 86) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 86) is **ADOPTED.**

(2) Plaintiff Riley's Motion for Summary Judgement (Doc. 74) is **DENIED.**

(3) The above-captioned action shall be listed for trial.

A. Richard Caputo
United States District Judge